Douglas S. Conoley, Appellant, v. Destileria Serralles, Inc., et al., Respondents, et al., Defendants.— Orders and judgments unanimously affirmed, with one bill of costs of these appeals. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

Mark Sands et al., Individually and Doing Business under the Name of Alloyed Metals Co., Respondents, v. Abraham Klein et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

Francis Dubin, Respondent, v. Hyman Newitz, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

In the Matter of the Estate of Catherine K. Shubert, Deceased. Mary Henderson, as Administratrix of the Estate of Catherine K. Schubert, Deceased, Respondent; Dorothy McLean, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

Lea Haines, Respondent, v. City of New York, Appellant.— Order affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.; Martin, P. J., dissents and votes to reverse and deny motion of claimant.

### (June 21, 1946.)

The People of the State of New York, Respondent, v. William Yacker, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.; Glennon, J., dissents and votes to reverse and dismiss the information.

In the Matter of Alexander Cumming.— Motion for reinstatement and for other relief denied. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.